UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                          :

PATRICK PACELLI,                        :

                           Plaintiff,         :

                                            :             25-CV-8700 (JMF)

          -v-                       :

                                            :              ORDER

NR WEST 56TH STREET LLC et al,     :

                                          :

                        Defendants.       :

                                          :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On March 2, 2026, Defendants filed a motion for summary judgment. *See* ECF Nos. 31-34. Unless and until the Court orders otherwise, Plaintiff shall file any opposition by **March 13, 2026**, and Defendants shall file any reply by **March 18, 2026**. That said, counsel for all parties shall appear for a pretrial conference with the Court TOMORROW, **March 4, 2026** at **3:30 p.m.** Counsel should be prepared to discuss the motion, its relationship to and impact on any ongoing discovery, and next steps in the litigation.

The conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases. The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Further, counsel should review and comply with the procedures for telephone conferences set forth in the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

        SO ORDERED.

Dated: March 3, 2026
       New York, New York                                 
                                              JESSE M. FURMAN
                                     United States District Judge