# Lila Ayers, Esq.
## 8 East Prospect Avenue, Suite A1
## Mount Vernon, NY 10550
## (914) 699-5220
## lilaayerslaw@aol.com

March 3, 2026

Via ECF
Hon. Jesse M. Furman, U.S.D.J.
United States District Court -- Southern District of New York

Re.     Pacelli v. NR West 56th Street LLC et al
        1: 25-CV-08700-JMF

Dear Judge Furman:

I am writing to respectfully request an adjournment of the preliminary conference your Honor just scheduled for tomorrow March 4th at 3:30 pm.

Unfortunately, I have medical procedure scheduled for that date and was ordered to do no work the next day, March 5th.  I have a mediation scheduled for Friday, March 6th and a trial date Monday-Tuesday, March 9-10, 2026.

I have not had an opportunity to reach out to plaintiff's counsel, as the conference was just ordered and it was important I inform the Court of this conflict expeditiously.

I am never this occupied.  I respectfully request an adjournment to any date or time, from Wednesday-Friday, March 11-13.

I apologize for any inconvenience to this Court or plaintiff's counsel.

Very truly yours,

*Lila Ayers*

Lila Ayers

cc:     Jeremy Virgil, Esq.  (via ECF)
        Kyle D Souza, Esq.  (via ECF)

Application GRANTED.  The pretrial conference is hereby RESCHEDULED for **March 11, 2026 at 3:00 p.m**.  In light of that, Plaintiff's deadline to file any opposition to the motion is extended to **March 17, 2026**; and Defendants' deadline to file any reply is extended to **March 23, 2026**.  The Clerk of Court is directed to terminate ECF No. 37.

SO ORDERED.

March 3, 2026