UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                                    :
PATRICK PACELLI,                                    :
                                                    :
                              Plaintiff,            :
                                                    :                    25-CV-8700 (JMF)
              -v-                                   :
                                                    :                    ORDER
NR WEST 56TH STREET LLC et al,                      :
                                                    :
                              Defendants.           :
                                                    :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Defendants shall produce any documents responsive to Items 3(b)-(g) in ECF No. 26 **no later than March 20, 2026.**

- The briefing schedule for Defendants' pending summary judgment motion is modified as follows: Plaintiff shall file any opposition **no later than April 3, 2026.** Defendants shall file any reply **no later than April 10, 2026.**

SO ORDERED.

Dated: March 11, 2026
       New York, New York                    _____
                                                    JESSE M. FURMAN
                                                 United States District Judge