# Lila Ayers, Esq.
## 8 East Prospect Avenue, Suite A1
## Mount Vernon, NY 10550
### (914) 699-5220
### lilaayerslaw@aol.com

Plaintiff shall file any response **no later than March 18, 2026.**

March 13, 2026

SO ORDERED.

March 13, 2026

Via ECF
Hon. Jesse M. Furman, U.S.D.J.
United States District Court -- Southern District of New York

**Re.    Pacelli v. NR West 56th Street LLC et al, 1: 25-CV-08700-JMF**

Dear Judge Furman:

Please accept the following as defendants' letter motion to stay discovery pending final disposition of defendants' motion for summary judgment, filed March 2, 2026 (Docs. 31-35). Needless to stay, defendants will abide by your Honor's order of March 11, 2026 (Doc. 41) to provide documents noted in the order by March 20th.

For staying discovery generally pending a dispositive motion, courts consider three factors:  (1) the breadth of discovery sought, (2) any prejudice that would result from the stay, and (3) the strength of the dispositive motion. *Short v. City of Rochester*, 747 F.Supp.3d 594, 598 (W.D.N.Y. 2024) (citations omitted).

Here, plaintiff has propounded interrogatories and a request for production that, admittedly, are not particularly broad, as this case is straightforward.  But the requests generally cover all manner of discovery to be expected in the personal injury context.  As far as prejudice to plaintiff, it would be hard pressed to make that showing. *See*, *Short*, 601-04. Plaintiff has to April 3rd to file opposition thus he will likely be focused for the next three weeks on opposing the motion.  Finally, defendants submit that the basis of the motion, the video of the accident scene is compelling, as this Court has acknowledged at the conference on March 11th.

Defendants acknowledge they erred in not first seeking leave from the Court to file their motion for summary judgment and do not wish to make a similar error by assuming discovery is stayed without a court order.

Very truly yours,

*Lila Ayers*

Lila Ayers

cc:    Jeremy Virgil, Esq.  (via ECF)
       Kyle D Souza, Esq.  (via ECF)