UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

PATRICK PACELLI,

Plaintiff,

-v-

NR WEST 56TH STREET LLC et al.,

Defendants.

-------------------------------------------------------------------- X

25-CV-8700 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

The parties are reminded that, per the Case Management Plan and Scheduling Order ("CMP"), ECF No. 30, counsel should submit their joint status letter on ECF no later than the Thursday prior to the upcoming pretrial conference. The letter should address, in addition to the issues set forth in the CMP, whether the parties can do without a conference altogether. Unless and until the Court orders otherwise, all existing dates and deadlines — including, as appropriate, the deadlines for summary judgment motions and/or a proposed joint pretrial order, as set forth in the CMP — remain in effect.

If, after reviewing the parties' joint status letter, the Court concludes that a conference is unnecessary at this time, it will issue an order canceling or rescheduling it. If a conference is held, **it will be by telephone** and may be scheduled for a different time. To that end, counsel should indicate in their joint status letter dates and times during the week of the currently scheduled conference that they would be available for a telephone conference. Unless and until the Court orders otherwise, however, the conference will proceed — and will do so on the date and time previously set.

In the event a conference is held, the parties should join it by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Further, counsel should review and comply with the procedures for telephone conferences set forth in the Court's Individual Rules and Practices for Civil Cases, available at [https://nysd.uscourts.gov/hon-jesse-m-furman,](https://nysd.uscourts.gov/hon-jesse-m-furman) including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

SO ORDERED.

Dated: July 6, 2026
New York, New York

JESSE M. FURMAN
United States District Judge