UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICK PACELLI,

Plaintiff,

-v-

NR WEST 56TH STREET LLC et al,

Defendants.

---

25-CV-8700 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

For reasons the Court will explain at the pretrial conference scheduled for July 16, 2026, Defendants' motion for summary judgment is DENIED. In light of that ruling, the discovery stay is hereby lifted. *See* ECF No. 46. Notwithstanding the Court's prior order to submit a joint letter within a week of this ruling, the parties shall promptly confer about, and be prepared to address at the conference, deadlines for any discovery remaining to be done.

The Clerk of Court is directed to terminate ECF No. 31.

SO ORDERED.

Dated: July 13, 2026
New York, New York

JESSE M. FURMAN
United States District Judge