**Lila Ayers**
**Attorney at Law**
**8 East Prospect Avenue, Suite A1**
**Mount Vernon, NY 10550**
**(914) 699-5220**

September 25, 2026

Via CM/ECF

Hon. Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York

**Re: Pacelli v. NR West 56th Street LLC, et al.**
**1:25-CV-08700-JMF**

Dear Judge Furman:

The following is defendants' opposition to plaintiff's letter motion to compel discovery, dated 09/23/2026 (Doc. 64).

Please be advised that earlier today, this office emailed plaintiff's counsel with (1) answers to outstanding interrogatories; (2) provided verification of all discovery responses by all defendants; (3) agreed to provide dates of availability of defendants and a nonparty witness plaintiff wishes to depose in the month of October. Thus, the motion is moot.

Thank you for your kind consideration.

Very truly yours,

Lila Ayers

Lila Ayers

cc: All counsel

In light of Defendants' representations herein, Plaintiff's letter motion is denied as moot. If Plaintiff believes that any issues remain, counsel should confer with Defendants and seek (or re-seek, as the case may be) appropriate relief. Defendants are admonished to do better in complying with their obligations - including their obligation to meet and confer to resolve issues in good faith - going forward. The Clerk of Court is directed to terminate ECF No. 64.

SO ORDERED.

September 30, 2026