UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK PACELLI,<br><br>Plaintiff,<br><br>-v-<br><br>NR WEST 56TH STREET LLC et al,<br><br>Defendants. | 25-CV-8700 (JMF)<br><br>ORDER |

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- The deadline for fact discovery is hereby extended to **December 17, 2026**. The deadline for expert discovery is hereby extended to **January 12, 2027**. **No further extensions of these deadlines will be granted.**

- No later than today, **November 13, 2026**, the parties shall contact the court-annexed mediation program to schedule a settlement conference.

- Pursuant to Local Rule 1.4, an attorney who has appeared for a party may be relieved or displaced only by order of the Court. Lila Ayers and Stanley Milton Wayne remain counsel of record in this action — **which means, among other things, that they are subject to sanctions for failing to fulfil their obligations as counsel to Defendants.** If they wish to withdraw or be substituted as counsel for this case, they should promptly file motions before this Court. In those motions, counsel must set forth satisfactory reasons for their withdrawal **and** should also address both their failure to move earlier and their alleged failures to comply with Defendants' discovery obligations. *See* ECF No. 69.

SO ORDERED.

Dated: November 13, 2026
New York, New York

JESSE M. FURMAN
United States District Judge