UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK PACELLI,

Plaintiff,

-v-

NR WEST 56TH STREET LLC et al,

Defendants.

25-CV-8700 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On November 19, 2026, Plaintiff filed a letter informing the Court of ongoing issues with discovery. *See* ECF No. 72. The Court's November 19, 2026 endorsement inadvertently and erroneously directed "Plaintiff" to respond no later than November 23, 2026. *See* ECF No. 73. For avoidance of doubt: **Defendants** shall respond to Plaintiff's letter no later than that date.

SO ORDERED.

Dated: November 20, 2026
New York, New York

JESSE M. FURMAN
United States District Judge